No. 2560. ALVAREZ, APPELLEE, v. JIMÉNEZ ET AL., APPEL-LANTS.—District Court of Humacao. 'Action of debt. De-cided February 9, 1922, on the grounds of the decisions in *Rivera v. Vargas*, 17 P. R. R. 1173, and *Roig v. Pérez*, 27 P. R. R. 281. *Dismissed.*

No. 1867. PEOPLE, APPELLEE, v. MELÉNDEZ, APPELLANT.— District Court of Arecibo. Aggravated assault. Decided February 10, 1922. There was no bill of exceptions, state-ment of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1864. PEOPLE, APPELLEE, v. CEDEÑO, APPELLANT. — District Court of Ponce. Violation of the Excise-tax Law. Decided February 10, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1873. PEOPLE, APPELLEE, v. GARCÍA, APPELLANT. — First District Court of San Juan. Breach of peace. De-cided February 13, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 2668. AGUIRRE, APPELLANT, v. GASCO ET AL., APPEL-LEES.—First District Court of San Juan. Damages. De-cided February 16, 1922. Motion by appellee for dismissal, appellant acquiescing. *Dismissed.*

No. 2680. PLANAS, APPELLEE, v, RUBIO, APPELLANT.— District Court of Guayama. Dominion title proceedings. Decided February 17, 1922. Motion by appellee for dismis-sal. *Dismissed.*

No. 345. GONZÁLEZ, PETITIONER, v. ACOSTA QUINTERO, DIS-TRICT JUDGE, RESPONDENT. — Certiorari. Decided February 17, 1922. *Petition denied.*

No. 1860. PEOPLE, APPELLEE, v. SÁNCHEZ (PASTRANA, AP-PELLANT.)—Second District Court of San Juan. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*